**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS PACHECO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00774-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION<br><br>[ECF Nos. 1, 8] |

Plaintiff Jesus Pacheco is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's request for a temporary restraining order and/or preliminary injunction be denied. The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within fourteen days. No objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on September 4, 2019, are adopted in full; and
2. Plaintiff's request for a temporary restraining order and/or preliminary injunction is denied.

IT IS SO ORDERED.

Dated: **October 8, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE