# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JESUS PACHECO,

          Plaintiff,

     v.

RALPH DIAZ, et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:19-cv-00774-LJO-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION

[ECF No. 11]

Plaintiff Jesus Pacheco is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 11, 2019, the Magistrate Judge issued Findings and Recommendations recommending that that the action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within fourteen days. No objections were filed and the time to do so has expired.

///

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed October 11, 2019, are adopted in full;

2. The instant action is dismissed for failure to state a cognizable claim for relief, failure to comply a court order, and failure to prosecute; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 4, 2019**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE